GOLDSMITH & HULL/File #2023A51675
A Professional Corporation
William I. Goldsmith  (SBN 82183)
Stephen R. Goldsmith ( SBN 291555)
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   CASE NO. 2:24-cv-09830-SPG-MAR
                               )
            Plaintiff,         )
                               )   <u>DEFAULT JUDGMENT</u>
v.                             )
                               )
TIG/M  LLC;  BRADLEY  READ;    )
ALVARO VILLA,                  )
                               )
            Defendant.         )
_____)

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) TIG/M LLC; BRADLEY READ; ALVARO VILLA,  on <u>JANUARY 23, 2026</u>  for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of  F.R.Civ. P. 55(b),

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) TIG/M LLC; BRADLEY READ; ALVARO VILLA, the sum of $485,178.99 principal, $196,559.52  accrued pre-judgment interest from July 16, 2019 to  February 13, 2026, interest was calculated at the rate of 5.24%, accruing at $69.65 per day to date of entry of judgment; $0.00 penalties/administrative charges,

//

//

//

$.00 court cost, plus $.00 attorneys fees, less credits of $48,402.60, for a total of $633,335.91. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961 until paid in full.

DATE: March 13, 2026

BRIAN D. KARTH, CLERK OF THE COURT
U.S. District Court Central District of California

BY:_____
DEPUTY CLERK

:P549F